UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 21-10224-RGS

JOHN HIGGINS

v.

RIGANO'S TOWING, et. al

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

April 1, 2021

STEARNS, D.J.

As I agree with Magistrate Judge Boal that this court lacks jurisdiction to hear the underlying subject matter, I adopt her Report and Recommendation.[1]   Plaintiff Higgins's Complaint will be <u>DISMISSED</u> with prejudice.   The Clerk will enter the dismissal and close the case.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE

---

[1] Higgins has not filed an Objection to the Magistrate's Report and Recommendation.