UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

John T. Higgins

    Plaintiff

v.                                         Civil Action No. 1:21-10224-RGS

Rigano's Towing et al

    Defendants

## ORDER OF DISMISSAL

STEARNS, D.J.

In accordance with the court's Order [dkt # 6] issued on April 1, 2021, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice.

By the court,

/s/ Arnold Pacho
Deputy Clerk

Date: April 1, 2021